People ex rel. Royal v McCarthy

2026 NY Slip Op 02760

May 1, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK EX REL.

v

MARKEEF ROYAL, PETITIONER-APPELLANT, K. MCCARTHY, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on May 1, 2026

344 KAH 25-00307

Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (ALEXANDER PRIETO OF COUNSEL), FOR PETITIONER-APPELLANT.

Appeal from a judgment (denominated order) of the Monroe County Court (Douglas A. Randall, J.), entered November 22, 2024, in a habeas corpus proceeding. The judgment denied the petition.

[*1]

It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (see People v Royal, — AD3d — [Apr. 24, 2026] [4th Dept 2026]).

Entered: May 1, 2026

Ann Dillon Flynn

Clerk of the Court